UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nahshon Jackson,

    Plaintiff,

–v–

Tina M. Stanford, *et al.*,

    Defendants.

16-cv-9702 (AJN)

ORDER

JAN 0 7 2020

ALISON J. NATHAN, District Judge:

On October 29, 2019, Plaintiff filed a motion for reconsideration. Dkt. No. 55. On November 22, 2019, Defendants filed an opposition to Plaintiff's motion for reconsideration. Dkt. No. 59. Pursuant to Local Civil Rule 6.1, any reply from Plaintiff was due November 29, 2019.

As of the date of this Order, no reply has been filed. Accordingly, Plaintiff's reply, if any, shall be filed by February 6, 2020. If no reply is filed by that date, the Court will consider the motion fully briefed. If Plaintiff instead wishes to withdraw his motion, he shall inform the Court by that date.

This order will be mailed to Plaintiff and that mailing will be noted on the public docket.

SO ORDERED.

Dated: January 6, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge