# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Nahshon Jackson,

                     Plaintiff,                                      16 **CIVIL** 9702 (AJN)

      -against-                                          **JUDGMENT**

Tina M. Stanford, et al.,

                     Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 19, 2021, the Court overrules the Plaintiff's objections and adopts in full Judge Aaron's Report and Recommendation. Plaintiff's motion to amend is DENIED; accordingly, the case is closed. The Court finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal.

**Dated:**  New York, New York
         August 20, 2021

                                                            **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                                           **BY:**
                                                             **Deputy Clerk**